**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Applied UV, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 84-4373308 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 150 N. Macquesten Parkway <br> Mount Vernon, NY 10550 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.applieduvinc.com |

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Applied UV, Inc. _____    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Sterilumen, Inc. | Relationship | Subsidiary |
|---|---|---|---|

| Debtor | Applied UV, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | District | Southern District of New York (White Plains) | When | 5/24/24 | Case number, if known | |
|---|---|---|---|---|---|---|

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | Applied UV, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 23, 2024___
MM / DD / YYYY

**X** /s/  Max Munn                                   Max Munn
Signature of authorized representative of debtor      Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Erica Aisner                                Date   May 23, 2024
Signature of attorney for debtor                             MM / DD / YYYY

Erica Aisner
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   eaisner@kacllp.com

4106084 NY
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of New York

In re  Applied UV, Inc.

Debtor(s)

Case No. _____

Chapter  11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   001-39480  .

2.  The following financial data is the latest available information and refers to the debtor's condition on ____.

    a. Total assets                                                    $_____ 0.00

    b. Total debts (including debts listed in 2.c., below)             $_____ 0.00

    c. Debt securities held by more than 500 holders:

| | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |

    d. Number of shares of preferred stock              2,211,996              0

    e. Number of shares common stock                    4,919,495              0

      Comments, if any:

3.  Brief description of Debtor's business:
    Applied is a publicly traded holding company to four wholly owned subsidiaries: Sterilumen, Inc., Munn Works, LLC, PURO Lighting, LLC and LED Supply Co. LLC.

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name ___Applied UV, Inc._____

United States Bankruptcy Court for the:  ___SOUTHERN DISTRICT OF NEW YORK_____

Case number (if known)  _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ___May 23, 2024___        **X** /s/   Max Munn _____
                                          Signature of individual signing on behalf of debtor

                                          Max Munn _____
                                          Printed name

                                          Chief Executive Officer _____
                                          Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Applied UV, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Advisors 200 Broadacres Drive 3rd Fl Bloomfield, NJ 07003 | | Insurance | | | | $47,770.00 |
| Alliant Insurance Services, Inc. 7787 Red Bank Alliant 331 Newman Springs Rd, Ste 314 Red Bank, NJ 07701 | | Insurance | | | | $197,909.02 |
| BOK Financial 1600 N Broadway Denver, CO 80202 | | Trade debt | | | | $7,962.50 |
| Brian Stern Stern Lawrence Holdings LLC 2951 Quitman Street Denver, CO 80212 | | | Disputed | | | $4,562,500.00 |
| Bridgepoint Consulting An Addison Group Company 7076 Solutions Center Chicago, IL 60677 | | Trade debt | | | | $16,500.50 |
| Business Wire Inc 275 Madison Avenue Ste. 34 New York, NY 10016 | | Trade debt | | | | $27,080.00 |
| Carmel Milazzo & Feil LLP 55 West 39th Street 18th Floor New York, NY 10018 | | Legal Services | | | | $314,045.50 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Applied UV, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cedar Advance LLC 5401 Collins Avenue CU-9A Attn: Simon Schonbrun, Manager Miami Beach, FL 33140 | | Loan | | | | $1,032,973.00 |
| File With Confidence Edgar Agents, LLC PO Box 246 Hightstown, NJ 08520 | | Trade debt | | | | $6,829.75 |
| First Insurance Funding 450 Skokie Blvd., Ste. 1000 Northbrook, IL 60062 | | Insurance | | | | $48,822.84 |
| Ice Miller LLP One American Square, Suite 2900 Indianapolis, IN 46282 | | Legal Services | | | | $11,390.50 |
| James Colantoni 1860 Tremont Rd Columbus, OH 43212 | | Unused PTO | Disputed | | | $17,984.88 |
| John Andrews 197 Admirals Way S Ponte Vedra Beach, FL 32082 | | Consulting Services | | | | $55,771.78 |
| LIMZ Machinery Group 701 Greenwood Ave Brooklyn, NY 11218 | | Trade debt | | | | $103,287.35 |
| Mazars USA LLP 501 Office Center Drive Suite 300 Fort Washington, PA 19034 | | Professional Fees | | | | $107,000.00 |
| Perkinscoie 1201 Third Ave Suite 4900 Seattle, WA 98101 | | Professional Fees | | | | $250,000.00 |
| Stern Lawrence Holdings LLC 2951 Quitman Street Attn: Brian Stern Denver, CO 80212 | | Rent Arrears | | | | $54,692.92 |
| Texas Comptroller PO Box 149348 Austin, TX 78714 | | | | | | $8,000.00 |
| TVT Capital LLC 8 Hunter Lane Roslyn, NY 11576 | | Loan | | | | $491,636.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Applied UV, Inc.                                          Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ValueScope 1400 Thetford Ct Southlake, TX 76092 | | Trade debt | | | | $8,892.94 |

# United States Bankruptcy Court
## Southern District of New York

In re   Applied UV, Inc.

Debtor(s)

Case No.
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AVERELL W. SATLOFF<br>30 RIVER RD<br>#12L<br>New York, NY 10044 | Shareholder | 4 | |
| BURT STANGARONE<br>76 CHILDS RD<br>Basking Ridge, NJ 07920 | Shareholder | 1 | |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>New York, NY 10004 | Shareholder | 4,656,316 | |
| DALLAS C. HACK<br>3065 FEDERAL BLVD<br>Morristown, TN 37814 | Shareholder | 360 | |
| EUGENE A BAUER<br>6416 CECIL AVE<br>Saint Louis, MO 63105 | Shareholder | 240 | |
| EUGENE E. BURLESON<br>320 ARGONNE DR NW<br>Atlanta, GA 30305 | Shareholder | 560 | |
| FORTE SECURITIES LLC<br>12 E 49TH ST<br>17TH FLOOR<br>ROOM 113 | Shareholder | 4 | |
| JAMES L. DOYLE<br>9583 SUNSET HILL DR<br>Lone Tree, CO 80124 | Shareholder | 51 | |
| JOEL S KANTER<br>925 H ST. NW<br>APT 1106<br>Washington, DC 20001 | Shareholder | 280 | |
| JOSEPH F P LUHUKAY<br>1029 VIA DE LA PAZ UNIT 223<br>Pacific Palisades, CA 90272 | Shareholder | 180 | |
| JUSTIN ANDERSON<br>5210 S WOODLAWN AVE APT 207<br>Chicago, IL 60615 | Shareholder | 1 | |

Sheet 1 of 2 in List of Equity Security Holders

In re:   Applied UV, Inc.                                                  Case No.  _____
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MAXIM PARTNERS LLC<br>300 PARK AVE, 16TH FL<br>New York, NY 10022 | Shareholder | 2,000 | |
| MICHAEL RICCIO<br>279 VILLAGE PLACE<br>Wyckoff, NJ 07481 | Shareholder | 400 | |
| RAYMOND GUARINI<br>7 MCCORMICK PL<br>Staten Island, NY 10305 | Shareholder | 2 | |
| RICHARD SANDOW<br>C/O APPLIED UV, INC.<br>150 N. MACQUESTEN PARKWAY<br>Mount Vernon, NY 10550 | Shareholder | 1 | |
| RODRIGO ALVARADO<br>4618 HAWORTH RD<br>Richmond, VA 23234 | Shareholder | 2 | |
| THE MUNN FAMILY 2020 IRREVOCABLE TRUST<br>C/O APPLIED UV, INC.<br>150 N. MACQUESTEN PARKWAY<br>Mount Vernon, NY 10550 | Shareholder | 15,000 | |
| TROY J. LINDSTROM<br>410 CANON DR.<br>Santa Barbara, CA 93105 | Shareholder | 1 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 23, 2024                                    Signature   /s/ Max Munn
_____                                    _____
                                                                    Max Munn

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   Applied UV, Inc.                                                          Case No. _____
                                        Debtor(s)                                 Chapter        11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................... | $ | _____ |
| Prior to the filing of this statement I have received ...................................... | $ | _____ |
| Balance Due ...................................................................................................... | $ | _____ |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of........................... | $ | 30,000.00 |
| The undersigned shall bill against the retainer at an hourly rate of............................... | $ | 475.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.
        b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.
        c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor's protection from its creditors under Chapter 11 of the Bankruptcy Code.
        d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.
        e. To attend meetings and negotiate with representatives of creditors and other parties in interest.
        f. To advise the Debtor in connection with any potential sale of the business.
        g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.
        h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.
        i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtors estate and to promote the best interests of the Debtor and its creditors.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

In re    Applied UV, Inc.                                    Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

May 23, 2024                                    /s/ Erica Aisner
_____                        _____
*Date*                                         Erica Aisner
                                               *Signature of Attorney*
                                               Kirby Aisner & Curley LLP
                                               700 Post Road
                                               Suite 237
                                               Scarsdale, NY 10583
                                                 Fax:
                                               eaisner@kacllp.com
                                               _____
                                               *Name of law firm*

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**
**OF**
**APPLIED UV, INC.**

May 7, 2024

The undersigned, being all of the members of the Board of Directors (the "Board") of Applied UV, Inc., a Nevada corporation (the "Corporation"), hereby adopt the following resolutions by unanimous written consent (this "Written Consent") as authorized by the Bylaws of the Corporation and the Nevada Revised Statutes:

CHAPTER 11

WHEREAS, at a Board meeting held on May 6, 2024 (the "Board Meeting"), the Board deliberated on and approved the decision for the Corporation and SteriLumen, Inc. to file for Chapter 11 bankruptcy protection (the "Chapter 11 Filings");

WHEREAS, the Board Meeting was duly convened and attended by five (5) directors and four (4) out of the five (5) members of the Board approved the Chapter 11 Filings, and on May 7, 2024, two (2) members of the Board that attended the Board Meeting resigned effective as of May 7, 2024;

WHEREAS, the Board believes it to be in the best interests of the Corporation and its shareholders for the remaining Board members as of May 7, 2024 to approve via this Written Consent the decision for the Corporation and SteriLumen, Inc. to file for Chapter 11 bankruptcy protection; and

WHEREAS, the decision to proceed with the Chapter 11 Filings is being made after thorough consideration of the Corporation's financial situation and in the best interests of its shareholders, employees, and creditors.

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby approves and ratifies the Chapter 11 Filings.

GENERAL AUTHORIZATION

RESOLVED FURTHER, that the proper officers of the Corporation are, and each hereby is, authorized and directed to perform any and all such acts, including execution of any and all documents and certificates, as said officers shall deem necessary or advisable, to carry out the purposes of the foregoing resolutions;

RESOLVED, that the authorized officers be, and each them individually hereby is, authorized, empowered, and directed in the name and on behalf of the Corporation to take or cause

to be taken all further actions, and to make, execute, and deliver, or cause to be made, executed, and delivered, all such agreements, undertakings, documents, instruments, deeds, or certificates in the name and on behalf of the Corporation, and to prepare, execute, and file, or cause to be prepared, executed, and filed, with any federal, state, local, foreign, or other regulatory agencies any forms, reports, filings, applications, or other documents, and to incur and pay, or cause to be incurred and paid, such expenses, fees, and taxes as shall, in the opinion of such authorized officer(s), be deemed necessary, advisable, or appropriate, and the taking of any such action or the preparation, delivery, execution, or filing by any authorized officer(s) of any of the foregoing or the payment of any such expenditures shall conclusively establish authority therefor from and the approval of the Corporation to effectuate or carry out fully the purpose and intent of all of these resolutions;

RESOLVED, that any and all actions heretofore taken by any authorized officer(s) in connection with the matters contemplated hereby on or prior to the date on which the Board adopted these resolutions be, and they hereby are ratified, confirmed, and approved; and

RESOLVED FURTHER, this Written Consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one and the same action. This Written Consent shall be filed with the minutes of the proceedings of the Board.

*[Signature page follows]*

DocuSign Envelope ID: 2CA7F47C-089C-422E-9753-1E18B8E51161

IN WITNESS WHEREOF, the undersigned has executed this Written Consent effective as of the date first written above.

DocuSigned by:

*Max Munn*

DBE32DD89E1A4AC...

Max Munn

DocuSigned by:

*Joseph Luhukay*

7177C38970034C4...

Joseph Luhukay

DocuSigned by:

*Christopher Kobucha*

1CD5A203E038414...

Christopher Kobucha

*Signature Page to Action by Written Consent of the Board of Directors*

# United States Bankruptcy Court
## Southern District of New York

In re    Applied UV, Inc.                                                    Case No.
                                        Debtor(s)          Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:    May 23, 2024                          /s/  Max Munn
                                                Max Munn/Chief Executive Officer
                                                Signer/Title

Alliance Advisors
200 Broadacres Drive 3rd Fl
Bloomfield, NJ 07003

Alliant Insurance Services, Inc. 7787
Red Bank Alliant
331 Newman Springs Rd, Ste 314
Red Bank, NJ 07701

Ascentium Capital LLC
23970 Highway 59 N
Kingwood, TX 77339

BMO HARRIS BANK N.A.
1625 W. FOUNTAINHEAD PKWY, AZ-FTN
10C-A, AZ-FTN-10C-A
Tempe, AZ 85282

BOK Financial
1600 N Broadway
Denver, CO 80202

Brian Stern
Stern Lawrence Holdings LLC
2951 Quitman Street
Denver, CO 80212

Bridgepoint Consulting
An Addison Group Company
7076 Solutions Center
Chicago, IL 60677

BROADRIDGE ICS
PO Box 416423
Boston, MA 02241

Business Wire Inc
275 Madison Avenue Ste. 34
New York, NY 10016

Carmel Milazzo & Feil LLP
55 West 39th Street 18th Floor
New York, NY 10018

Cedar Advance LLC
Attn: Simon Schonbrun, Manager
5401 Collins Avenue CU-9A
Miami Beach, FL 33140

Christopher Kobucha
640 40th Ave
San Francisco, CA 94121

CORPORATION SERVICE COMPANY, AS REPRESEN
PO BOX 2576
Springfield, IL 62708

Delaware Department of Taxation
Division of Revenue - Wilmington Office
820 N. French Street
Wilmington, DE 19801


Edgar Agents LLC
105 White Oak Lane, Ste. 104
Old Bridge, NJ 08857


File With Confidence Edgar Agents, LLC
PO Box 246
Hightstown, NJ 08520


First Insurance Funding
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062


Frascona Joiner Goodman & Greenstein PC
Attn: Britney Beall- Eder, Esq.
4750 TAble Mesa Dr.
Boulder, CO 80505


Giada Paoloni
299 East 8th Street, Apt. 3
New York, NY 10009


Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282


Innovative Driven
1700 N Moore StSuite 1500
Arlington, VA 22209


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


James Colantoni
1860 Tremont Rd
Columbus, OH 43212


Jim Colantoni
1860 Tremont Rd
Columbus, OH 43212


John Andrews
197 Admirals Way S
Ponte Vedra Beach, FL 32082


John Andrews
197 Admirals Way S.
Ponte Vedra Beach, FL 32082

Kent Anthony Roulier
48 Ball Road
Bailey, CO 80421

LIMZ Machinery Group
701 Greenwood Ave
Brooklyn, NY 11218

Linkedin Consulting & Management Service

Mandelbaum Barrett Attorneys at Law
3 Becker Farm Rd Suite 105
Roseland, NJ 07068

Max Munn
150 N. Macquesten Parkway
Mount Vernon, NY 10550

Mazars USA LLP
501 Office Center Drive Suite 300
Fort Washington, PA 19034

Mediant
100 Demarest Dr.
Wayne, NJ 07470

Michael Riccio
150 N. Macquesten Parkway
Mount Vernon, NY 10550

MunnWorks, LLC
150 N. Macquesten Parkway
Mount Vernon, NY 10550

Nevada Department of Taxation
Carson City Department of Taxation
3850 Arrowhead Drive, 2nd Floor
Carson City, NV 89706

New Media Wire
16501 Ventura Blvd. Suite 424
Encino, CA 91436

NYS Dept of Tax and Finance
Bankruptcy/ Special Procedures Section
PO Box 5300
Albany, NY 12205

Office of the United States Trustee
attn.: Tara Tiantian, Esq.
One Bowling Green
New York, NY 10004-1408

Oregon Department of Revenue
PO Box 14950
Salem, OR 97309

Perkinscoie
1201 Third Ave Suite 4900
Seattle, WA 98101


PINNACLE BANK
1276-A SOUTH MAIN STREET
Salinas, CA 93901


Shoemaker Ghiselli & Schwartz LLC
Attn: Paul Schwartz, Esq.
1811 Pearl Street
Boulder, CO 80302


SimpleSEC


Sterilumen
150 N. Macquesten Parkway
Mount Vernon, NY 10550


Stern Lawrence Holdings LLC
Attn: Brian Stern
2951 Quitman Street
Denver, CO 80212


Texas Comptroller
PO Box 149348
Austin, TX 78714


TSG Reporting Inc.
PO Box 95568
Grapevine, TX 76099


TVT Capital LLC
8 Hunter Lane
Roslyn, NY 11576


U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place 200 Vesey Street, Suite
New York, NY 10281


ValueScope
1400 Thetford Ct
Southlake, TX 76092


VCorp Services
25 Robert Pitt Drive, Ste. 204
Monsey, NY 10952


Webb Lawrence
195 South Humbold Street
Denver, CO 80209

# United States Bankruptcy Court
## Southern District of New York

In re   Applied UV, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Applied UV, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CEDE & CO
PO BOX 20
BOWLING GREEN STATION
New York, NY 10004

☐ None [*Check if applicable*]

May 23, 2024

Date

/s/ Erica Aisner

Erica Aisner

Signature of Attorney or Litigant

Counsel for   Applied UV, Inc.

Kirby Aisner & Curley LLP

700 Post Road
Suite 237
Scarsdale, NY 10583
 Fax:
eaisner@kacllp.com