KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

APPLIED UV, INC.,

                Debtor.

--------------------------------------------------------X
In re:

STERILUMEN, INC.,

                Debtor.

--------------------------------------------------------X

Chapter 11
Case No. 24-22462 (SHL)

Chapter 11
Case No. 24-22463 (SHL)

**DECLARATION OF MAX MUNN PURSUANT TO LOCAL
BANKRUPTCY RULE 1007-2 AND 9077-1 IN SUPPORT OF AN
ORDER SCHEDULING HEARING ON SHORTENED NOTICE
AND THE RELIEF SOUGHT IN FIRST DAY MOTIONS**

STATE OF NEW YORK        )
                                 ) ss.:
COUNTY OF WESTCHESTER   )

      MAX MUNN, being duly sworn, deposes and says:

      1.      I am the Chief Executive Officer of Applied UV, Inc. ("**Applied**"), which is the

parent company and sole shareholder of Sterilumen, Inc. ("**Sterilumen**", together with Applied,

the "**Debtors**"), the above captioned debtors and debtors-in-possession.  As such, I am fully

familiar with the Debtors' operations, businesses and financial affairs.

      2.      I submit this declaration (the "**Declaration**") pursuant to Rule 1007-2 of the Local

Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**") and in support of the Debtors' motions and application filed substantially simultaneous with this declaration (the "**First Day Motion**s").

3.       Part I of this Declaration describes the Debtors' business and circumstances leading to the commencement of these Chapter 11 Cases.  Part II provides information required by Local Bankruptcy Rule 1007-2.  Part III provides relevant facts in support of the Debtors' First Day Motions.

**PART I**
**BACKGROUND**

4.       Applied is a publicly traded holding company to four wholly owned subsidiaries: Sterilumen, Munn Works, LLC ("**Munn Works**"), PURO Lighting, LLC ("**PURO**") and LED Supply Co. LLC ("**LED**", together with Sterilumen, Munn Works and PURO, the "**Subsidiaries**"). Applied, by and through its Subsidiaries, is a leading sales and marketing company that develops, acquires, markets and sells proprietary surface and air disinfection technology focused on improving indoor air quality, specialty LED lighting and luxury mirrors and commercial furnishings, all of which serves clients globally in the healthcare, commercial and public venue, hospitality, food preservation, cannabis, education and winery vertical markets.

5.       Sterilumen specifically owns, brands and markets a portfolio of products utilizing advanced UVC[1] Carbon, Broad Spectrum UVC LED's and Photo-catalytic oxidation (PCO) pathogen elimination technology, branded as Airocide™, Scientific Air™, Airoclean™ 420, Lumicide™, PUROAir, PUROHealth, PURONet and LED Supply Company.

6.       Non-debtor LED is a full-service, wholesale distributor of LED lighting and

controls throughout North America.

7.      Non-debtor Puro provides a suit of UV disinfection systems that disinfect air and surfaces in commercial and industrial spaces.

8.      Non-debtor MunnWorks manufactures and sells custom luxury and backlit mirrors and conference room and living spaces furnishings.

## I.   History of Companies

9.      In February of 2021, Applied acquired all the assets and assumed certain liabilities of Akida Holdings, LLC ("**Akida**"). At the time of the acquisition, Akida owned the Airocide™ system of air purification technologies, originally developed for NASA. Airocide is listed as a U.S. Food and DDrug Administration Class II Medical Device, making it suitable for providing medical grade air purification in critical hospital use cases. Akida had contracted KES Science & Technology, Inc. ("**KES**") to manufacture, warehouse and distribute the Airocide™ system and Akida's contractual relationship with KES was assigned to and assumed by Applied as part of the acquisition.  On September 28, 2021, Applied acquired all the assets and assumed certain liabilities of KES. This acquisition consolidated all of manufacturing, sale and distribution of the Airocide™ system under the Sterilumen brand.

10.     On October 13, 2021, Applied acquired substantially all of the assets of Old SAM Partners, LLC F/K/A Scientific Air Management, LLC, which owned a line of air purification technologies known as Scientific Air™. The products are well suited for larger spaces and are also mobile which allows for movement within and throughout a facilities, which are predominantly sold in North America in the healthcare markets.

11.     On January 26, 2023, Applied acquired PURO and its operating subsidiaries (the

---

[1] "UVC" shall mean ultraviolet light.

"**PURO Acquisition**"). PURO was founded in 2019 with the goal of using light technology to promote health and wellness within spaces and its product line provides a suite of UV disinfection systems that have the ability to disinfect air and surfaces in commercial and industrial spaces. They focus their sales efforts in three primary verticals: Education, Government and Healthcare.

12.     The PURO Acquisition further positioned Applied to address a growing air disinfection market trend that align with the White House "Clean Air Initiatives" implemented during the height of the COVID-19 pandemic designed to protect consumers and businesses against existing and future airborne pathogens allowing economies globally to remain open.

13.     On January 26, 2023, Applied acquired LED and its operating subsidiaries which is a national, Colorado-based company that provides design, distribution and implementation services for lighting, controls and smart building technologies. LED not only has a robust e-commerce component, it recently took steps to reposition itself as not only a supplier of LED technologies, but also a source for emerging technologies and product categories that the construction and retrofit market need including but not limited to electric vehicle charging, smart home technology and emergency and safety equipment.

## II.  Events Leading to Chapter 11 Filings

14.     As previously mentioned, Applied has no independent operations and its only assets are the Subsidiaries. As such, its only revenue source is profit distributions from the Subsidiaries. Unfortunately, the Subsidiaries have been and continue to incur losses, posing a substantial risk to Applied's financial health.

15.     The continued losses which have drained available cash, together with the significant costs associated with Applied's status as a public company, have rendered it unable to

satisfy its obligations as they come due. Recent layoffs, while reducing the overhead of the Debtors, has not been enough to combat the cash flow shortages and has resulted in a number of claims from terminated employees under various agreements to which they are parties.

16.     The Debtors intend to utilize the bankruptcies and the protections that they afford the Debtors in order to wind down and/ or sell those portions of the business which are not profitable and to restructure and reorganize the remaining assets.

### PART II
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

1.     In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtors, which is set forth below.

**Local Rule 1007-2(a)(1)**

2.     The nature of the Debtors' businesses and a concise statement of the circumstances leading to the Debtors' filings are outlined above in Part I.

**Local Rule 1007-2(a)(2)**

3.     These cases were not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "**Bankruptcy Code**").

**Local Rule 1007-2(a)(3)**

4.     Upon information and belief, no committee was organized prior to the order for relief in these Chapter 11 Cases.

**Local Rule 1007-2(a)(4)**

5.     A list of the names and addresses of the Debtors' 20 largest unsecured claims, excluding "insiders" as that term is defined in §101(31) of the Bankruptcy Code, is annexed hereto as Exhibit A.

**Local Rule 1007-2(a)(5)**

6.     A consolidated list of the names and addresses of the Debtors' 5 largest secured creditors is annexed hereto as <u>Exhibit B</u>.

**Local Rule 1007-2(a)(6)**

7.     A summary of each of the Debtor's assets and liabilities is annexed hereto as <u>Exhibit C</u>.

**Local Rule 1007-2(a)(7)**

8.     Applied is a publicly held company. Annexed hereto as <u>Exhibit D</u> is a copy of the current record of shareholders.

9.     There are no publicly held securities of Sterilumen.

**Local Rule 1007-2(a)(8)**

10.     None of the Debtors' property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

11.     The Debtors operate from four (4) leased premises:

    a.  150 N. Macquesten Parkway, Mount Vernon, New York 10550 (its principal executive office location);

    b.  3625 Kennesaw North Industrial Parkway NW, Kennesaw, Georgia 30144; and

    c.  12340 W Cedar Drive, Lakewood, Colorado 80228.

**Local Rule 1007-2(a)(10)**

12.     The Debtors' substantial assets, as well as their books and records are located at 150 N. Macquesten Parkway, Mount Vernon, New York 10550.

**Local Rule 1007-2(a)(11)**

13.     There are currently no pending actions against either Debtor.

**Local Rule 1007-2(a)(12)**

14.     Applied's senior management consists of Max Munn, Chief Executive Officer and Director and Michael Riccio, Chief Financial Officer.

15.     Applied is the sole shareholder of Sterilumen.

16.     Sterilumen's senior management consists of Scott Hayman who is the President/ Chief Operating Officer of Sterilumen. Max Munn is the Chief Executive Officer and Michael Riccio is the Chief Financial Officer.

**Local Rule 1007-2(b)(1)**

17.     Applied does not have any employees, as such, the estimated payroll to Applied's employees (exclusive of officers and directors) for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $-0-.

18.     Sterilumen employs seventeen (17) people (of which, one is an Insider). The estimated payroll to Sterilumen's employees (exclusive of officers and directors) for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $103,747.08.

**Local Rule 1007-2(b)(2)**

19.     The estimated amount to be paid for services to Applied's officers and directors for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $27,000.

20.     The estimated amount to be paid for services to Sterilumen's officers and directors for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $21,300.

**Local Rule 1007-2(b)(3)**

21.     The estimated schedule of cash receipts and disbursements for the thirty (30) day

period following the filing of the Chapter 11 petitions, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed hereto as Exhibit E.

**PART III**
**FIRST DAY MOTIONS AND APPLICATION**
**FOR HEARING ON SHORTENED NOTICE**

22.     Contemporaneously with these Chapter 11 filings, the Debtors expect to file a number of motions and applications (the "**First Day Motions**") as follows:

- Debtors' Motion for Order Seeking Authority (I) to Obtain Post-Petition Financing, (II) Granting Liens and Providing Superpriority Expense Status; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection Therefor, (V) Modifying the Automatic Stay and (VI) Granting Related Relief (the "**DIP Lending and Cash Collateral Motion**");

- Motion to Authorize Maintenance of Existing Bank Accounts (the "**Bank Maintenance Motion**");

- Application for Authorization for the Debtors to (1) pay and honor certain prepetition claims for (i) wages, salaries, employee benefits and other compensation, (ii) withholdings and deductions and (iii) reimbursable expenses; (2) continue to provide employee benefits in the ordinary course of business; (3) pay all related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing (the "**Employee Payroll Motion**");

- Motion of the Debtors' pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Directing the Joint Administration of the Chapter 11 Cases (the "**Joint Administration Motion**"); and

- Debtors' Application for Entry of an Order Extending Time for the Debtors to File Their Schedules and Statement of Financial Affairs (the "**Schedules Extension Motion**").

23.     I have reviewed the First Day Motions and, to the best of my knowledge, information and belief, the facts set forth therein are true and correct and the relief sought therein

is critical to the smooth transition into Chapter 11, to avoid immediate and irreparable harm to the estates, avoid any interruption to the Debtors or their affiliates business and operations and to maximize the value of the Debtors for the benefit of their creditors and estates. Moreover, the relief requested in the First Day Motions should be heard and determined on an expedited basis in order to ensure that there is no disruption in their operations, that employees, vendors and customers are all comfortable that the Debtors operations are "business as usual" so as to ensure that they continue to transact business with the Debtors.

**DIP Lending and Cash Collateral Motion**

24. The Debtors have operated within their pre-petition lending facility with Pinnacle Bank (the "DIP Lender") since 2022 the continuation of which is critical to ensure the Debtors' ability to conduct normal business operations and cash management. The Debtors' rely on regular cash advances from Pinnacle with which they maintain the necessary liquidity to operate, pay for goods, labor and general operating expenses. Moreover, given that all of the Debtors' cash and receivables are subject to the liens of Pinnacle, without authorization to use Pinnacle's cash collateral and without the continued credit from Pinnacle, the Debtors operations would be forced to shut down.

25. The Debtors, with the assistance of their counsel have actively negotiated the terms and conditions of the proposed DIP Financing (as that term is defined in the DIP Lending Motion) with the DIP Lender. The negotiations lasted several weeks were conducted at arms' length and in good faith and the Debtors believe that the proposed terms for the DIP Financing are reasonable given the Debtors' current status and the availability of credit in the financial marketplace. The fees and rates to be paid under the DIP Facility are competitive with and within the range of reasonableness for financings of this type.

9

26.     I believe that the Debtors would be unable to obtain credit at a materially lower cost from another lender and likely not at the same levels. Moreover, even if the Debtors were able to procure another lender, which I do not believe is realistic, the "learning curve" for the Debtors staff and for a new lender would be significant and the cost of due diligence, underwriting and closing would likely dwarf any potential savings on rates, terms and fees. In addition, were the Debtors forced to seek alternative financing, a new lender would be subordinate to the DIP Lender which would make it difficult, if not impossible, to secure.

27.     Additionally, I believe that the other terms of the DIP Agreement are reasonable under the circumstances, including the milestones and the "roll-up" feature. The DIP Lender indicated that the non-financial elements were part and parcel of, and integral to, the overall DIP Agreement and conditions precedent for the DIP Lender to extend post-petition financing to the Debtors. As such, the benefits of entering into the DIP Agreement far outweigh the burdens and the Debtors submit that it is in the best interests of the estates and their creditors to proceed with the proposed DIP Facility.

28.     The Debtors' have an immediate need to obtain the DIP Agreement and to use the cash collateral, *inter alia,* to (a) preserve the Debtors' operations without material disruption, (b) maintain ordinary course relationships with and satisfy obligations for their employees, vendors, suppliers, customers and other parties, and (c) to pay costs associated with administering these Chapter 11 Cases.

29.     Without access to the DIP Agreement and the use of cash collateral, I believe that the Debtors' would be unable to continue operating their businesses at levels that are necessary to preserve their goodwill, customer loyalty, and reputation in the marketplace, which would cripple the Debtors efforts to reorganize.

10

30.     I understand that the Debtors will require immediate access to the credit provided under the DIP Agreement and the continued use of cash collateral to ensure they have sufficient liquidity during the interim period to fund essential costs and expenses.  In addition, the Debtors will require full access to the credit provided under the DIP Agreement after a final hearing to continue operations and fund working capital needs. Thus, I believe that immediate access to the DIP Agreement and the use of the Debtors' cash collateral is crucial to the Debtors' efforts to preserve value for their stakeholders and prevent immediate and irreparable harm to the value of the Debtors' estates.

**Bank Account Maintenance**

31.     With respect to the Bank Maintenance Motion, numerous transactions are conducted on a daily basis. Requiring the Debtors to close their existing account and open new accounts would cause great confusion and delay in the Debtors' cash flow ability and jeopardize the Debtors' ongoing operations and reorganization efforts as well.

32.     In addition, the Debtors' bank accounts are all subject to control agreements with the DIP Lender in accordance with the pre-petition credit facility. A requirement of the DIP Lender to continue lending to the Debtors post-petition was that the Debtors maintain the same banking relationship and accounts in order to avoid the expense and complication of having to put new agreements in place and the risk of an interruption with the in and outflow of cash in the accounts between the Debtors, their customers and the DIP Lender.

**Employee Wage Motion**

33.     Sterilumen's employees are critical and necessary for its ongoing operations. As a result of the timing of the Chapter 11 filing, a portion of Sterilumen's next payroll covers a pre-petition period. If Sterilumen is unable to pay its employees their wages as scheduled, there

would be irreparable harm caused to the employee morale, their confidence in their employer and its ability to remain viable and possible loss of critical employees. Should this happen, the Debtors' reorganization efforts would certainly be impaired.

## Joint Administration Motion

34.     With respect to the Joint Administration Motion, the Debtors seek the procedural joint administration of their Chapter 11 Cases in order to provide for the most efficient and property administration of their cases.  Many of the motions, hearings and orders that will arise in the Chapter 11 Cases will jointly affect both of the Debtors. By jointly administering the Chapter 11 Cases, the Debtors will be able to reduce fees and costs resulting from the administration of these cases and ease the onerous administrative burden of having to file multiple and duplicative documents.

## Schedules Extension Motion

35.     With respect to the Schedules Extension Motion, the Debtors need to review a substantial amount of information with their counsel in order to ascertain the full extent of the Debtors' financial situations and to complete their respective schedules of assets and liabilities and statement of financial affairs (collectively, the "**Schedules**").  In an effort to cut costs the Debtors have paired down their staff and consolidated many of the administrative functions across the enterprise. The Debtors expect that it may take more than the two-weeks afforded under the Bankruptcy Code and Bankruptcy Rules to complete and file their Schedules with accuracy.  As such, the Debtors submit that an extension of time is in the best interests of the estates and their creditors and will allow the Debtors time to correctly complete their Schedules and avoid the potential incurring of additional and unnecessary costs associated with the filing of amendments.

**Hearing on First Day Motions on Shortened Notice**

36.     In addition to the First Day Motions, the Debtors have filed an Application for entry of an order scheduling a hearing on shortened notice on the First Day Motions. The relief sought in the First Day Motions is immediately necessary to enable the Debtors to operate effectively as debtors-in possession following the commencement of their Chapter 11 Cases.

37.     Thus, I believe that good cause exists to have a hearing on the First Day Motions which typically requires a minimum of twenty (20) days' notice as provided for in Federal Rule of Bankruptcy Procedure 2002.

## **CONCLUSION**

I respectfully request that the Court grant all of the relief requested in the First Day

Motions and Applications.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is

true and correct.

Dated: Scarsdale, New York
May 24, 2024

APPLIED UV, INC.

By: ___/s/ Max Munn_____
       Max Munn
       Chief Executive Officer

STERILUMEN, INC.

By: ___/s/ Max Munn_____
       Max Munn
       Chief Executive Officer

**EXHIBIT "A" - Twenty Largest Creditors for Each Debtor**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Applied UV, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Alliance Advisors 200 Broadacres Drive 3rd Fl Bloomfield, NJ 07003 | | Insurance | | | | $47,770.00 |
| Alliant Insurance Services, Inc. 7787 Red Bank Alliant 331 Newman Springs Rd, Ste 314 Red Bank, NJ 07701 | | Insurance | | | | $197,909.02 |
| BOK Financial 1600 N Broadway Denver, CO 80202 | | Trade debt | | | | $7,962.50 |
| Brian Stern Stern Lawrence Holdings LLC 2951 Quitman Street Denver, CO 80212 | | | Disputed | | | $4,562,500.00 |
| Bridgepoint Consulting An Addison Group Company 7076 Solutions Center Chicago, IL 60677 | | Trade debt | | | | $16,500.50 |
| Business Wire Inc 275 Madison Avenue Ste. 34 New York, NY 10016 | | Trade debt | | | | $27,080.00 |
| Carmel Milazzo & Feil LLP 55 West 39th Street 18th Floor New York, NY 10018 | | Legal Services | | | | $314,045.50 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Applied UV, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cedar Advance LLC 5401 Collins Avenue CU-9A Attn: Simon Schonbrun, Manager Miami Beach, FL 33140 | | Loan | | | | $1,032,973.00 |
| File With Confidence Edgar Agents, LLC  PO Box 246 Hightstown, NJ 08520 | | Trade debt | | | | $6,829.75 |
| First Insurance Funding 450 Skokie Blvd., Ste. 1000 Northbrook, IL 60062 | | Insurance | | | | $48,822.84 |
| Ice Miller LLP One American Square, Suite 2900 Indianapolis, IN 46282 | | Legal Services | | | | $11,390.50 |
| James Colantoni 1860 Tremont Rd Columbus, OH 43212 | | Unused PTO | Disputed | | | $17,984.88 |
| John Andrews 197 Admirals Way S Ponte Vedra Beach, FL 32082 | | Consulting Services | | | | $55,771.78 |
| LIMZ Machinery Group 701 Greenwood Ave Brooklyn, NY 11218 | | Trade debt | | | | $103,287.35 |
| Mazars USA LLP 501 Office Center Drive Suite 300 Fort Washington, PA 19034 | | Professional Fees | | | | $107,000.00 |
| Perkinscoie 1201 Third Ave Suite 4900 Seattle, WA 98101 | | Professional Fees | | | | $250,000.00 |
| Stern Lawrence Holdings LLC 2951 Quitman Street Attn: Brian Stern Denver, CO 80212 | | Rent Arrears | | | | $54,692.92 |
| Texas Comptroller PO Box 149348 Austin, TX 78714 | | | | | | $8,000.00 |
| TVT Capital LLC 8 Hunter Lane Roslyn, NY 11576 | | Loan | | | | $491,636.00 |

Debtor   Applied UV, Inc.                                          Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ValueScope 1400 Thetford Ct Southlake, TX 76092 | | Trade debt | | | | $8,892.94 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    Sterilumen, Inc. | |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK | ☐ Check if this is an |
| Case number (if known): | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AHR Expo (International Expo) 3150 Paradise Rd Las Vegas, NV 89109 | | Trade debt | | | | $5,624.00 |
| Alturas Orchard Pointe LLC 500 E. Shore Dr. Ste. #120 Eagle, ID 83616 | | Trade debt | | | | $45,010.53 |
| Brand Buddy 5280 Ward Road Arvada, CO 80002 | | Trade debt | | | | $7,220.16 |
| Budget Compliance 560 S Moenkopi Dr PO BOX 461078 Leeds, UT 84746 | | Trade debt | | | | $6,500.00 |
| CANFIELD INDUSTRIES - SPARTA 8510 FOXWOOD COURT Youngstown, OH 44514 | | Trade debt | | | | $14,570.75 |
| Canon Virginia, INC 12000 Canon Blvd Newport News, VA 23606 | | Trade debt | | | | $579,940.09 |
| Cedar Advance LLC 5401 Collins Avenue, CU-9A Attn: Simon Schonbrun, Manager Miami Beach, FL 33140 | | Loan | | | | $1,032,973.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Sterilumen, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Emerald X 31910 Del Obispo Suite 200 San Clemente, CA 92673 | | Trade debt | | | | $13,099.00 |
| ESTES EXPRESS LINES P.O. BOX 105160 Atlanta, GA 30348 | | Trade debt | | | | $6,544.79 |
| Gator Stamping, Inc. 6610 33rd Street East Sarasota, FL 34243 | | Trade debt | | | | $12,518.31 |
| John Hayman 3872 Greensward View Kennesaw, GA 30144 | | Per Separation Agreement | | | | $29,166.67 |
| KOR CHEM - KORCHE PO BOX 43163 ATLANTA, GA 30336 | | Trade debt | | | | $7,621.79 |
| Lancaster Management Services, Inc. 3745 E 150 S Philadelphia, PA 19178 | | Trade debt | | | | $9,590.69 |
| LANDSTAR GLOBAL LOGISTICS - LANDST P.O. BOX 784302 Philadelphia, PA 19178 | | Trade debt | | | | $38,734.43 |
| Nolte Lackenbach Siegel LLP 24610 Kingsland Blvd Katy, TX 77494 | | Trade debt | | | | $108,159.81 |
| PEI 598 Red Oak Road Stockbridge, GA 30281 | | Trade debt | | | | $8,150.55 |
| PURE AIR 490 ALLIED DRIVE Nashville, TN 37211 | | Trade debt | | | | $9,609.48 |
| Season Components Co Ltd Unit No. 3, 5/F., Sun Fung Indus No. 8-12 Ma Kok Street Tsuen Wan, Hong Kong | | Trade debt | | | | $234,573.56 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   Sterilumen, Inc.
_____          Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TEFEN PLASTIC PRODUCTS MF - TEFENP M.P. HOF HACARMEL NASHSHOLIM 30 815 : ISRAEL | | Trade debt | | | | $52,929.00 |
| ZoomInfo Technologies 805 Broadway St Ste 900 Vancouver, WA 98660 | | Trade debt | | | | $29,878.14 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## EXHIBIT "B" - Five Largest Secured Creditors for Each Debtor

### Applied UV. Inc.

Pinnacle Bank                          $2,652,047 est.
1276-A South Main Street
Salinas, CA 93901
*Blanket Lien on All Assets*

Ascentium Capital LLC                  $141,090 est.
23970 Highway 59 N
Kingwood, TX 77339
*Equipment Finance*

BMO Harris Bank N.A.                    $131,190.72
1625 W. Fountainhead Pkwy
Tempe, AZ 85282
*Equipment Finance*

### Sterilumen, Inc.

Pinnacle Bank                          $2,652,047 est.
1276-A South Main Street
Salinas, CA 93901
*Blanket Lien on All Assets*

# EXHIBIT "C" - Balance Sheet

# Applied UV

## Balance Sheet

Basis: Accrual

As of 31 Mar 2024

| Account | Account Code | Total |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Bank** | | |
| 100% U.S. Treas. Sec. Mmkt - Acc 4535 | 1171 | 399.72 |
| Applied UV Commerical Cheking Acc 2336 | 1185 | 127,050.23 |
| Commercial Money Market Acc 5868 | 1165 | 26,656.68 |
| Prime Money Market Fund - Acc 4535 | 1170 | 183.59 |
| **Total for Bank** | | **154,290.22** |
| **Other current assets** | | |
| Other Accounts Receivable | 1102 | 303,455.00 |
| Prepaid Expenses | 1400 | 196,240.39 |
| **Total for Other current assets** | | **499,695.39** |
| **Total for Current Assets** | | **653,985.61** |
| **Other Assets** | | |
| Capitalized IPO Costs | 1221 | 116,500.00 |
| Due from Kes/Sterilumen | 1225 | 261.95 |
| Due From LED | 1250 | -1,974,890.02 |
| Due From MunnWorks LLC | 1241 | 7,419,802.95 |
| Due From PURO | 1255 | 1,881,476.77 |
| Due From SteriLumen | 1220 | 6,538,496.03 |
| Investment in LED | 1304 | 16,012,466.00 |
| Investment in PURO | 1303 | 17,814,351.12 |
| Investment in Subsidiary | 1101 | 8,023,274.96 |
| Investment in Subsidiary(KES) | 1301 | 6,259,000.00 |

| Account | Account Code | Total |
|---|---|---|
| Investment in Subsidiary(SAM) | 1302 | 11,579,784.00 |
| Pre-paid Insurance Liability | 1401 | 362,134.91 |
| **Total for Other Assets** | | **74,032,658.67** |
| **Total for Assets** | | **74,686,644.28** |

**Liabilities & Equities**

**Liabilities**

**Current Liabilities**

| Account | Account Code | Total |
|---|---|---|
| Accounts Payable | 2000 | 1,484,825.98 |
| Accrued Expenses | 2203 | 40,973.93 |
| Cedar Advance Loan | 2156 | 1,145,556.00 |
| Contingent Consideration-Earnout | 2460 | 9,757,966.21 |
| Dividend Payable | 2205 | 1,274,249.25 |
| Notes Payables | 2153 | 59,770.95 |
| Pinnacle Loan | 2155 | 601,912.86 |
| Warrant Liability | 2022 | 7,249.00 |
| Short Term Loans | 2150 | 0.00 |
| Other Loans | 2153 | 200,000.00 |
| **Total for Short Term Loans** | **2150** | **200,000.00** |
| **Total for Current Liabilities** | | **14,572,504.18** |

**Other Liabilities**

| Account | Account Code | Total |
|---|---|---|
| Liability-23Other | 2315 | 108,444.79 |
| **Total for Other Liabilities** | | **108,444.79** |
| **Total for Liabilities** | | **14,680,948.97** |

**Equities**

| Account | Account Code | Total |
|---|---|---|
| Additional Paid in Capital | 3001 | 63,722,439.30 |
| Dividends to Stockholders Series A | 8201 | -3,864,000.00 |
| Dividends to Stockholders Series B | 8205 | -139,458.33 |
| Dividends to Stockholders Series C | 8203 | -93,014.74 |
| Preferred Stock Series B | 3102 | 3,712,500.00 |
| Preferred Stock Series C | 3101 | 1,063,988.89 |

| Account | Account Code | Total |
|---|---|---|
| Equity | 4000 | 0.00 |
| Common Stock | 3000 | 265.69 |
| Preferred Stock | 3100 | 56.00 |
| Treasury Stock | 3020 | -149,686.33 |
| **Total for Equity** | **4000** | **-149,364.64** |
| Current Year Earnings | | -848,349.75 |
| Retained Earnings | 4000 | -3,399,045.42 |
| **Total for Equities** | | **60,005,695.31** |
| **Total for Liabilities & Equities** | | **74,686,644.28** |

**Amount is displayed in your base currency **USD**

# Sterilumen

## Balance Sheet

Basis: Accrual

As of 31 Mar 2024

| Account | Account Code | Total |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Bank** | | |
| Chase Puro 7917 | 1002 | -87,558.21 |
| Chase Puro 7909 | 1001 | 16,045.83 |
| SL Chase Checking x7815 | 1000 | 36,713.28 |
| SL Operating Acc x1053 | 1005 | 69,615.56 |
| **Total for Bank** | | **34,816.46** |
| Accounts Receivable | 1100 | 391,435.25 |
| **Other current assets** | | |
| Allowance for Doubtful Accounts | 1240 | -12,080.20 |
| Due From PURO | 1245 | -1,633,596.67 |
| Finished Goods | 1201 | 1,816,027.87 |
| Other Accounts Receivable | 1102 | 1,009.45 |
| Prepaid Expenses | 1440 | 9,446.78 |
| Prepaid Legal | 1191 | 15,000.00 |
| **Total for Prepaid Expenses** | **1440** | **24,446.78** |
| Right of use asset | 2260 | 89,007.00 |
| Security Deposits Asset | 1452 | 11,496.70 |
| **Total for Other current assets** | | **296,310.93** |
| Stripe Clearing | 7505 | 1,432.29 |
| **Total for Current Assets** | | **723,994.93** |
| **Other Assets** | | |
| A2B Fullment Deposit | 1451 | 9,700.00 |
| Due to Sterilumen | 2163 | 706.98 |
| Goodwill | 1220 | 3,673,767.72 |

| Account | Account Code | Total |
|---|---|---|
| Intangible Customer Relationship | 1225 | 1,655,598.00 |
| Accumulation of Customer Relationships | 1222.002 | -899,634.36 |
| **Total for Intangible Customer Relationship** | **1225** | **755,963.64** |
| Intangible Technology and Know How | 1224 | 8,341,000.00 |
| Accumulation of Technology and Know How | 1222.004 | -2,316,450.19 |
| **Total for Intangible Technology and Know How** | **1224** | **6,024,549.81** |
| Intangible Trade Names | 1223 | 2,215,107.20 |
| Accumulation of Intangible Trade Names | 1222.003 | -695,076.53 |
| **Total for Intangible Trade Names** | **1223** | **1,520,030.67** |
| Investment in Subsidiary | 1101 | -25,862,058.81 |
| Kes Raw Materials | 1230 | 2,352,473.95 |
| Reserve for finished goods | 1176 | -208,177.70 |
| Capitalized IPO Costs SL | 1221 | 0.00 |
| Patents SL | 1222 | 1,730,770.91 |
| Accumulated Amortization Patent Costs | 1222.001 | -259,639.26 |
| **Total for Patents SL** | **1222** | **1,471,131.65** |
| **Total for Capitalized IPO Costs SL** | **1221** | **1,471,131.65** |
| **Total for Other Assets** | | **-10,261,912.09** |
| **Fixed Assets** | | |
| Production Tooling | 1541 | 168,720.66 |
| Accumulated Depr on Production Tooling | 1255 | -149,728.14 |
| **Total for Production Tooling** | **1541** | **18,992.52** |
| Depreciable Assets | 1500 | 0.00 |
| Building Improvements | 1560 | 7,325.80 |
| Accum Dep - Capital Improvements | 1660 | -5,232.61 |
| **Total for Building Improvements** | **1560** | **2,093.19** |

| Account | Account Code | Total |
|---|---|---|
| Vehicles | 1545 | 14,000.00 |
| Accum Depr Vehicles | 1546 | -6,066.65 |
| **Total for Vehicles** | **1545** | **7,933.35** |
| Computer Hardware | 1585 | 133,424.33 |
| Computer Hardware Accum Dep (1685) | 1685 | -128,849.27 |
| **Total for Computer Hardware** | **1585** | **4,575.06** |
| Furniture and Equipment | 1535 | 163,370.37 |
| Furn. & Equip. Accum Depr | 1635 | -154,182.36 |
| **Total for Furniture and Equipment** | **1535** | **9,188.01** |
| Machinery and Equipment | 1510 | 94,548.42 |
| Mach & Equip Accum Dep (1610) | 1610 | -85,326.26 |
| **Total for Machinery and Equipment** | **1510** | **9,222.16** |
| **Total for Depreciable Assets** | **1500** | **33,011.77** |
| **Total for Fixed Assets** | | **52,004.29** |
| **Total for Assets** | | **-9,485,912.87** |

**Liabilities & Equities**

**Liabilities**

**Current Liabilities**

| | | |
|---|---|---|
| Accounts Payable | 2000 | 1,597,938.76 |
| Accrued Expenses | 2001 | 63,219.84 |
| Due to Munnworks | 1240 | 1,772,444.21 |
| Employee Reimbursements | 7210 | 6,036.20 |
| JP Morgan Credit Card -9528 | 1181 | 19,284.46 |
| Short Term Lease Liability | 2255 | 91,711.00 |
| Tax Payable | 6000.007 | 40,892.83 |
| Taxes Payable | 2510 | -3,945.00 |
| State Sales Tax | 2500 | -3,615.54 |
| FLorida Sales Tax Liability | 2515 | -3,457.68 |
| Georgia Sales Tax | 2520 | -1,568.03 |

| Account | Account Code | Total |
|---|---|---|
| **Total for State Sales Tax** | **2500** | **-8,641.25** |
| Income State Tax Payable | 2512 | -75.40 |
| **Total for Taxes Payable** | **2510** | **-12,661.65** |
| Unearned Revenue | 2303 | 34,369.23 |
| Short Term Loans | 2150 | 0.00 |
| Due to Applied UV Liability | 1251 | 6,672,544.76 |
| **Total for Short Term Loans** | **2150** | **6,672,544.76** |
| **Total for Current Liabilities** | | **10,285,779.64** |
| **Total for Liabilities** | | **10,285,779.64** |
| **Equities** | | |
| Additional Paid in Capital | 4101 | 576,977.81 |
| Current Year Earnings | | -843,063.22 |
| Retained Earnings | 3000 | -19,505,607.10 |
| **Total for Equities** | | **-19,771,692.51** |
| **Total for Liabilities & Equities** | | **-9,485,912.87** |

**Amount is displayed in your base currency **USD**

**EXHIBIT "D" - Shareholder List for Applied UV, Inc.**

# CERTIFIED SHAREHOLDER LIST
## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev:  AUVI | Cusip:037988300 |
|---|---|---|
| **Account/TIN** | **Name & Address** | **Shares Held** |

| 55 | RODRIGO ALVARADO<br>4618 HAWORTH RD<br>RICHMOND VA 23234 | 2<br>0.000% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * DRS * | 04/22/2024 | | 2 | |
| | | **Total Active Shares** | 2  * | |

| 54 | JUSTIN ANDERSON<br>5210 S WOODLAWN AVE APT 207<br>CHICAGO IL 60615 | 1<br>0.000% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * DRS * | 02/20/2024 | | 1 | |
| | | **Total Active Shares** | 1  * | |

| 15 | EUGENE A BAUER<br>6416 CECIL AVE.<br>ST LOUIS MO 63105 | 240<br>0.005% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -2,500 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 100 | 1933 ACT LEGEND |
| * RSTR * | | 12/12/2023 | -2,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 12/12/2023 | | 100 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 12/12/2023 | -1,000 | RESTRICTED AND VESTING |
| * RSTR * | 12/12/2023 | | 40 | RESTRICTED AND VESTING |
| * RSTR * | | 05/31/2023 | -12,500 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 2,500 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -12,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 05/31/2023 | | 2,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 05/31/2023 | -5,000 | RESTRICTED AND VESTING |
| * RSTR * | 05/31/2023 | | 1,000 | RESTRICTED AND VESTING |
| * RSTR * | | 05/17/2022 | -17,500 | RESTRICTED AND VESTING |
| * RSTR * | 01/01/2022 | | 12,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2021 | | 12,500 | 1933 ACT LEGEND |
| * RSTR * | 07/09/2020 | | 22,500 | RESTRICTED AND VESTING |
| | | **Total Active Shares** | 240  * | |
| | | **Total Restricted Shares** | 240  * | |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|---|
| Account/TIN | Name & Address | | Shares Held |

| | | | |
|---|---|---|---|
| 11 | EUGENE E. BURLESON<br>320 ARGONNE DR NW<br>ATLANTA GA 30305 | | 560<br>0.012% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -5,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 12/12/2023 | | 200 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 12/12/2023 | -4,500 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 180 | 1933 ACT LEGEND |
| * RSTR * | | 12/12/2023 | -4,500 | RESTRICTED AND VESTING |
| * RSTR * | 12/12/2023 | | 180 | RESTRICTED AND VESTING |
| * RSTR * | | 05/31/2023 | -25,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 05/31/2023 | | 5,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 05/31/2023 | -22,500 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 4,500 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -22,500 | RESTRICTED AND VESTING |
| * RSTR * | 05/31/2023 | | 4,500 | RESTRICTED AND VESTING |
| * RSTR * | 03/03/2023 | | 10,000 | 1933 ACT LEGEND |
| * RSTR * | 01/01/2023 | | 12,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2022 | | 12,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2021 | | 12,500 | 1933 ACT LEGEND |
| * RSTR * | 07/09/2020 | | 22,500 | RESTRICTED AND VESTING |

|  | Total Active Shares | 560 * |
|---|---|---|
|  | Total Restricted Shares | 560 * |

| | | | |
|---|---|---|---|
| 16 | CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10004 | | 4,656,316<br>99.592% |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * BOOK * | | 04/22/2024 | -2 | |
| * BOOK * | 04/17/2024 | | 123,498 | |
| * BOOK * | 04/17/2024 | | 69,836 | |
| * BOOK * | 04/17/2024 | | 195,166 | |
| * BOOK * | 04/04/2024 | | 398,437 | |
| * BOOK * | 04/03/2024 | | 157,000 | |
| * BOOK * | 04/03/2024 | | 120,000 | |
| * BOOK * | 04/01/2024 | | 538,000 | |
| * BOOK * | | 02/20/2024 | -1 | |
| * BOOK * | 02/05/2024 | | 25,000 | |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|

| Account/TIN | Name & Address | | Shares Held |
|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | | CEDE & CO (Continued) | | |
| * BOOK * | 02/05/2024 | | 245 | |
| * BOOK * | 02/01/2024 | | 85,000 | |
| * BOOK * | 02/01/2024 | | 150,000 | |
| * BOOK * | 02/01/2024 | | 140,000 | |
| * BOOK * | 02/01/2024 | | 50,000 | |
| * BOOK * | 01/31/2024 | | 2,372 | |
| * BOOK * | 01/31/2024 | | 4,745 | |
| * BOOK * | 01/19/2024 | | 75,000 | |
| * BOOK * | 01/19/2024 | | 33,194 | |
| * BOOK * | 01/19/2024 | | 72,445 | |
| * BOOK * | 01/17/2024 | | 14,234 | |
| * BOOK * | 01/17/2024 | | 110,000 | |
| * BOOK * | 01/17/2024 | | 110,000 | |
| * BOOK * | 01/17/2024 | | 105,000 | |
| * BOOK * | 01/16/2024 | | 64,584 | |
| * BOOK * | 01/16/2024 | | 49,240 | |
| * BOOK * | 01/16/2024 | | 150,797 | |
| * BOOK * | 01/10/2024 | | 13,179 | |
| * BOOK * | 01/10/2024 | | 10,048 | |
| * BOOK * | 01/10/2024 | | 30,773 | |
| * BOOK * | 01/03/2024 | | 12,203 | |
| * BOOK * | 01/03/2024 | | 9,304 | |
| * BOOK * | 01/03/2024 | | 28,493 | |
| * BOOK * | 01/02/2024 | | 11,959 | |
| * BOOK * | 01/02/2024 | | 9,118 | |
| * BOOK * | 01/02/2024 | | 27,923 | |
| * BOOK * | 12/21/2023 | | 10,251 | |
| * BOOK * | 12/21/2023 | | 7,815 | |
| * BOOK * | 12/21/2023 | | 23,934 | |
| * BOOK * | 12/21/2023 | | 10,739 | |
| * BOOK * | 12/21/2023 | | 8,188 | |
| * BOOK * | 12/21/2023 | | 25,075 | |
| * BOOK * | 12/21/2023 | | 11,471 | |
| * BOOK * | 12/21/2023 | | 8,746 | |
| * BOOK * | 12/21/2023 | | 26,783 | |
| * BOOK * | 12/20/2023 | | 15,167 | |
| * BOOK * | 12/19/2023 | | 43,667 | |
| * BOOK * | 12/13/2023 | | 118,000 | |
| * BOOK * | 12/13/2023 | | 72,000 | |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|
| Account/TIN | Name & Address | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| CEDE & CO (Continued) | | | | |
| * BOOK * | 12/15/2023 | | 125,000 | |
| * BOOK * | 12/14/2023 | | 9,763 | |
| * BOOK * | 12/14/2023 | | 7,443 | |
| * BOOK * | 12/14/2023 | | 22,794 | |
| * BOOK * | 12/14/2023 | | 9,274 | |
| * BOOK * | 12/14/2023 | | 7,071 | |
| * BOOK * | 12/14/2023 | | 21,655 | |
| * BOOK * | 12/14/2023 | | 8,787 | |
| * BOOK * | 12/14/2023 | | 6,699 | |
| * BOOK * | 12/14/2023 | | 20,516 | |
| * BOOK * | 12/14/2023 | | 7,810 | |
| * BOOK * | 12/14/2023 | | 5,955 | |
| * BOOK * | 12/14/2023 | | 18,236 | |
| * BOOK * | 12/14/2023 | | 138,000 | |
| * BOOK * | 12/13/2023 | | 68,000 | |
| * BOOK * | | 12/12/2023 | -20,017,175 | |
| * BOOK * | 12/12/2023 | | 800,687 | |
| * BOOK * | 12/05/2023 | | 204,994 | |
| * BOOK * | 12/05/2023 | | 156,287 | |
| * BOOK * | 12/05/2023 | | 478,649 | |
| * BOOK * | 11/29/2023 | | 1,200,000 | |
| * BOOK * | 11/28/2023 | | 195,235 | |
| * BOOK * | 11/28/2023 | | 148,846 | |
| * BOOK * | 11/28/2023 | | 455,861 | |
| * BOOK * | 11/22/2023 | | 185,473 | |
| * BOOK * | 11/22/2023 | | 141,404 | |
| * BOOK * | 11/22/2023 | | 433,069 | |
| * BOOK * | 11/22/2023 | | 158,629 | |
| * BOOK * | 11/22/2023 | | 120,939 | |
| * BOOK * | 11/22/2023 | | 370,389 | |
| * BOOK * | 11/21/2023 | | 1,650,000 | |
| * BOOK * | 11/20/2023 | | 1,500,000 | |
| * BOOK * | 11/16/2023 | | 1,200,000 | |
| * BOOK * | 11/16/2023 | | 900,000 | |
| * BOOK * | 11/16/2023 | | 866,669 | |
| * BOOK * | 11/16/2023 | | 766,670 | |
| * BOOK * | 10/04/2023 | | 270,000 | |
| * BOOK * | 08/22/2023 | | 479,923 | |
| * BOOK * | 08/11/2023 | | 413,975 | |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|
| Account/TIN | Name & Address | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| CEDE & CO (Continued) | | | | |
| * BOOK * | 07/27/2023 | | 6,379 | |
| * BOOK * | 07/25/2023 | | 625,000 | |
| * BOOK * | 07/12/2023 | | 3,193 | |
| * BOOK * | 06/21/2023 | | 4,930,000 | |
| * BOOK * | | 06/07/2023 | -613 | |
| * BOOK * | | 05/31/2023 | -10,781,020 | |
| * BOOK * | 05/31/2023 | | 2,156,204 | |
| * BOOK * | 05/24/2023 | | 506,585 | |
| * BOOK * | 05/17/2023 | | 785,714 | |
| * BOOK * | 05/15/2023 | | 44,069 | |
| * BOOK * | 05/09/2023 | | 4,903 | |
| * BOOK * | 05/08/2023 | | 49,000 | |
| * BOOK * | 04/21/2023 | | 30,000 | |
| * BOOK * | 03/09/2023 | | 115,200 | |
| * BOOK * | 03/08/2023 | | 107,000 | |
| * BOOK * | 02/27/2023 | | 40,000 | |
| * BOOK * | 02/24/2023 | | 20,000 | |
| * BOOK * | 02/23/2023 | | 33,000 | |
| * BOOK * | 02/06/2023 | | 365,000 | |
| * BOOK * | 02/03/2023 | | 305,000 | |
| * BOOK * | 02/02/2023 | | 220,618 | |
| * BOOK * | 02/02/2023 | | 543,493 | |
| * BOOK * | 01/30/2023 | | 15,000 | |
| * BOOK * | 12/22/2022 | | 804,811 | |
| * BOOK * | 07/25/2022 | | 150,000 | |
| * BOOK * | 04/29/2022 | | 150,000 | |
| * BOOK * | 02/17/2022 | | 500 | |
| * BOOK * | 01/05/2022 | | 400,000 | |
| * BOOK * | 12/31/2021 | | 2,666,667 | |
| * BOOK * | 12/22/2021 | | 89,308 | |
| * BOOK * | 12/06/2021 | | 12,000 | |
| * BOOK * | | 10/08/2021 | -500 | |
| * BOOK * | 09/08/2021 | | 11,786 | |
| * BOOK * | 08/26/2021 | | 192,500 | |
| * BOOK * | 08/26/2021 | | 385,000 | |
| * BOOK * | 05/28/2021 | | 3,000 | |
| * BOOK * | 05/17/2021 | | 717 | |
| * BOOK * | 03/12/2021 | | 13,630 | |
| * BOOK * | 03/08/2021 | | 161,794 | |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | | Abbrev: AUVI | | Cusip:037988300 |
|---|---|---|---|---|
| Account/TIN | Name & Address | | | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | CEDE & CO (Continued) | | | |
| * BOOK * | 01/14/2021 | | 3,320 | |
| * BOOK * | 11/13/2020 | | 1,401,905 | |
| * BOOK * | 09/03/2020 | | 150,000 | |
| * BOOK * | 09/02/2020 | | 1,000,000 | |
| | | **Total Active Shares** | 4,656,316  * | |

| 10 | JAMES L. DOYLE | | | 51 |
|---|---|---|---|---|
| | 9583 SUNSET HILL DR | | | 0.001% |
| | LONE TREE CO 80124 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -1,275 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 51 | 1933 ACT LEGEND |
| * DRS * | | 07/27/2023 | -6,379 | |
| * DRS * | 07/07/2023 | | 6,379 | |
| * RSTR * | | 07/07/2023 | -6,379 | RESTRICTED AND VESTING |
| * RSTR * | 06/01/2023 | | 1,275 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -31,896 | RESTRICTED AND VESTING |
| * RSTR * | 05/31/2023 | | 6,379 | RESTRICTED AND VESTING |
| * RSTR * | | 12/28/2021 | -6,379 | RESTRICTED AND VESTING |
| * RSTR * | 07/01/2020 | | 38,275 | RESTRICTED AND VESTING |
| | | **Total Active Shares** | 51  * | |
| | | **Total Restricted Shares** | 51  * | |

| 3 | FORTE SECURITIES LLC | | | 4 |
|---|---|---|---|---|
| | 12 E 49TH ST | | | 0.000% |
| | 17TH FLOOR | | | |
| | ROOM 113 | | | |
| | NEW YORK NY 10017 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.9 | 12/12/2023 | | 4 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 4  * | |
| | | **Total Restricted Shares** | 4  * | |

| 22 | RAYMOND GUARINI | | | 2 |
|---|---|---|---|---|
| | 7 MCCORMICK PL | | | 0.000% |
| | STATEN ISLAND NY 10305 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -37 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 2 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -185 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 37 | 1933 ACT LEGEND |

# CERTIFIED SHAREHOLDER LIST
## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|
| Account/TIN | Name & Address | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | RAYMOND GUARINI (Continued) | | | |
| * RSTR * | 03/05/2021 | | 185 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 2 * | |
| | | **Total Restricted Shares** | 2 * | |

| 12 | DALLAS C. HACK | | | 360 |
|---|---|---|---|---|
| | 3065 FEDERAL BLVD | | | 0.008% |
| | MORRISTOWN TN 37814 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -3,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 12/12/2023 | | 120 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 12/12/2023 | -2,500 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 100 | 1933 ACT LEGEND |
| * RSTR * | | 12/12/2023 | -3,500 | RESTRICTED AND VESTING |
| * RSTR * | 12/12/2023 | | 140 | RESTRICTED AND VESTING |
| * RSTR * | | 05/31/2023 | -15,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 05/31/2023 | | 3,000 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 05/31/2023 | -12,500 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 2,500 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -17,500 | RESTRICTED AND VESTING |
| * RSTR * | 05/31/2023 | | 3,500 | RESTRICTED AND VESTING |
| * RSTR * | 03/03/2023 | | 5,000 | 1933 ACT LEGEND |
| * RSTR * | 01/01/2023 | | 7,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2022 | | 7,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2021 | | 7,500 | 1933 ACT LEGEND |
| * RSTR * | 07/09/2020 | | 17,500 | RESTRICTED AND VESTING |
| | | **Total Active Shares** | 360 * | |
| | | **Total Restricted Shares** | 360 * | |

| 14 | JOEL S KANTER | | | 280 |
|---|---|---|---|---|
| | 925 H ST. NW | | | 0.006% |
| | APT 1106 | | | |
| | WASHINGTON DC 20001 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -3,500 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 140 | 1933 ACT LEGEND |
| * RSTR * | | 12/12/2023 | -3,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 12/12/2023 | | 140 | 1933 ACT LEGEND AND VESTING |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|---|
| **Account/TIN** | **Name & Address** | | **Shares Held** |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | JOEL S KANTER (Continued) | | | |
| * RSTR * | | 05/31/2023 | -17,500 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 3,500 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -17,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 05/31/2023 | | 3,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 05/17/2022 | -17,500 | RESTRICTED AND VESTING |
| * RSTR * | 01/01/2022 | | 17,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 01/01/2021 | | 17,500 | 1933 ACT LEGEND |
| * RSTR * | 07/09/2020 | | 17,500 | RESTRICTED AND VESTING |
| | | **Total Active Shares** | 280 * | |
| | | **Total Restricted Shares** | 280 * | |

| 5 | TROY J. LINDSTROM<br>410 CANON DR.<br>SANTA BARBARA CA 93105 | | | 1<br>0.000% |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.10 | 12/12/2023 | | 1 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 1 * | |
| | | **Total Restricted Shares** | 1 * | |

| 52 | MAXIM PARTNERS LLC<br>300 PARK AVE, 16TH FL<br>NEW YORK NY 10022 | | | 2,000<br>0.043% |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -50,000 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 2,000 | 1933 ACT LEGEND |
| * RSTR * | 08/11/2023 | | 50,000 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 2,000 * | |
| | | **Total Restricted Shares** | 2,000 * | |

| 43 | JOSEPH F P LUHUKAY<br>1029 VIA DE LA PAZ UNIT 223<br>PACIFIC PALISADES CA 90272 | | | 180<br>0.004% |
|---|---|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -3,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 12/12/2023 | | 140 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 12/12/2023 | -1,000 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 40 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -17,500 | 1933 ACT LEGEND AND VESTING |

# CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|
| Account/TIN | Name & Address | Shares Held |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| | JOSEPH F P LUHUKAY (Continued) | | | |
| * RSTR * | 05/31/2023 | | 3,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | | 05/31/2023 | -5,000 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 1,000 | 1933 ACT LEGEND |
| * RSTR * | 03/03/2023 | | 5,000 | 1933 ACT LEGEND |
| * RSTR * | 01/01/2023 | | 7,500 | 1933 ACT LEGEND AND VESTING |
| * RSTR * | 05/17/2022 | | 10,000 | 1933 ACT LEGEND AND VESTING |
| | | **Total Active Shares** | 180 * | |
| | | **Total Restricted Shares** | 180 * | |

| 41 | MICHAEL RICCIO | | | 400 |
| | 279 VILLAGE PLACE | | | 0.009% |
| | WYCKOFF NJ 07481 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| * RSTR * | | 12/12/2023 | -10,000 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 400 | 1933 ACT LEGEND |
| * RSTR * | | 05/31/2023 | -50,000 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 10,000 | 1933 ACT LEGEND |
| * RSTR * | 01/01/2022 | | 50,000 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 400 * | |
| | | **Total Restricted Shares** | 400 * | |

| 6 | RICHARD SANDOW | | | 1 |
| | C/O APPLIED UV, INC. | | | 0.000% |
| | 150 N. MACQUESTEN PARKWAY | | | |
| | MOUNT VERNON NY 10550 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.11 | 12/12/2023 | | 1 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 1 * | |
| | | **Total Restricted Shares** | 1 * | |

| 4 | AVERELL W. SATLOFF | | | 4 |
| | 30 RIVER RD | | | 0.000% |
| | #12L | | | |
| | NEW YORK NY 10044 | | | |

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.12 | 12/12/2023 | | 4 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 4 * | |
| | | **Total Restricted Shares** | 4 * | |

# CERTIFIED SHAREHOLDER LIST
## VSTOCK TRANSFER

| Issue: APPLIED UV, INC. *COMMON* | Abbrev: AUVI | Cusip:037988300 |
|---|---|---|
| **Account/TIN** | **Name & Address** | **Shares Held** |

| 7 | BURT STANGARONE<br>76 CHILDS RD<br>BASKING RIDGE NJ 07920 | 1<br>0.000% |
|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.13 | 12/12/2023 | | 1 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 1 * | |
| | | **Total Restricted Shares** | 1 * | |

| 2 | THE MUNN FAMILY 2020 IRREVOCABLE TRUST<br>C/O APPLIED UV, INC.<br>150 N. MACQUESTEN PARKWAY<br>MOUNT VERNON NY 10550 | 15,000<br>0.321% |
|---|---|---|

| Certificate # / Book | Issue Date | Cancel Date | Denomination | Restricted |
|---|---|---|---|---|
| RSP.14 | 12/12/2023 | | 7,000 | 1933 ACT LEGEND |
| * DRS * | | 12/12/2023 | -55,000 | |
| * DRS * | 12/12/2023 | | 2,200 | |
| * RSTR * | | 12/12/2023 | -145,000 | 1933 ACT LEGEND |
| * RSTR * | 12/12/2023 | | 5,800 | 1933 ACT LEGEND |
| * RSTR * | | 07/21/2023 | -625,000 | 1933 ACT LEGEND |
| * RSTR * | 07/21/2023 | | 625,000 | 1933 ACT LEGEND |
| * DRS * | | 05/31/2023 | -275,000 | |
| * DRS * | 05/31/2023 | | 55,000 | |
| * RSTR * | | 05/31/2023 | -725,000 | 1933 ACT LEGEND |
| * RSTR * | 05/31/2023 | | 145,000 | 1933 ACT LEGEND |
| * RSTR * | | 10/29/2021 | -4,000,000 | 1933 ACT LEGEND |
| * DRS * | 03/30/2021 | | 275,000 | |
| * RSTR * | | 03/30/2021 | -275,000 | 1933 ACT LEGEND |
| * RSTR * | | 06/17/2020 | -25,000,000 | 1933 ACT LEGEND |
| * RSTR * | 06/17/2020 | | 5,000,000 | 1933 ACT LEGEND |
| * RSTR * | 05/12/2020 | | 25,000,000 | 1933 ACT LEGEND |
| | | **Total Active Shares** | 15,000 * | |
| | | **Total Restricted Shares** | 12,800 * | |

| 18 | **Holders Qualified** | **Total Outstanding Shares** | 4,675,403 |
|---|---|---|---|
| | | **Total Restricted Shares** | 16,884 |
| | | **Total Non-Restricted Shares** | 4,658,519 |

## CERTIFIED SHAREHOLDER LIST

## VSTOCK TRANSFER

### Restriction Breakdown

| Restriction Name | Shares |
| --- | --- |
| 1933 ACT LEGEND | 7,011 |
| Restricted Book | 9,873 |

**EXHIBIT "E" - 13 Week Cash Flow Projection for Each Debtor**

**AUVI 13 Week Cash Flow Forecast**

| As of 5/17/24 Day End Estimate | Week 1 5/20/24-5/24/24 | Week 2 5/27/24-5/31/24 | Week 3 6/3/24-6/7/24 | Week 4 6/10/24-6/14/24 | Week 5 6/17/24-6/21/24 | Week 6 6/24/24-6/28/24 | Week 7 7/1/24-7/5/24 | Week 8 7/8/24-7/12/24 | Week 9 7/15/24-7/19/24 | Week 10 7/22/24-7/26/24 | Week 11 7/29/24-8/2/24 | Week 12 8/5/24-8/9/24 | Week 13 8/12/24-8/16/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Bank Balance(Including Availability) | $ 10,000.00 | $ 10,253.85 | $ 10,507.69 | $ (22,682.46) | $ (22,428.62) | $ (22,174.77) | $ (21,920.92) | $ (55,111.08) | $ (54,857.23) | $ (54,603.38) | $ (54,349.54) | $ (87,539.69) | $ (87,285.85) |
| **Income** | | | | | | | | | | | | | |
| Revenue/Sales | | | | | | | | | | | | | |
| Retained from Subs | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 |
| Miscellaneous | | $ 24,000.00 | | | | $ 24,000.00 | | | | $ 15,000.00 | | | $ 15,000.00 |
| Total Income | $ 12,000.00 | $ 36,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 36,000.00 | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | $ 27,000.00 | $ 12,000.00 | $ 12,000.00 | $ 27,000.00 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Rent | | $ 24,000.00 | | | | | $ 24,000.00 | | | $ 15,000.00 | | | $ 15,000.00 |
| Utilities | | | | | | | | | | | | | |
| Insurance | | | $ 23,444.00 | | | | | $ 23,444.00 | | | $ 23,444.00 | | |
| Vendors/Suppliers | | | | | | | | | | | | | |
| Employee Payroll (Excluding Owners) | | | | | | | | | | | | | |
| Officer Salary | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | $ 6,746.15 | 6,746.15 |
| Bank Interest | | $ 10,000.00 | | | | | $ 10,000.00 | | | | $ 10,000.00 | | |
| Office Supplies/Expenses | | | | | | | | | | | | | |
| Equipment Maintenance/Repair | | | | | | | | | | | | | |
| Vehicle Expenses (Gas, Maint, Toll) | | | | | | | | | | | | | |
| Vehicle Loan Payment | | | | | | | | | | | | | |
| Equipment Loan Payment | | | | | | | | | | | | | |
| Legal | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | 4,000.00 |
| US Trustee Fees | | | | | | | | | | | | $ 1,324.13 | |
| Miscellaneous | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | 1,000.00 |
| Total Expenses | $ 11,746.15 | $ 35,746.15 | $ 45,190.15 | $ 11,746.15 | $ 11,746.15 | $ 35,746.15 | $ 45,190.15 | $ 11,746.15 | $ 11,746.15 | $ 26,746.15 | $ 45,190.15 | $ 11,746.15 | 28,070.28 |
| **Net Profit/Loss** | $ 253.85 | $ 253.85 | $ (33,190.15) | $ 253.85 | $ 253.85 | $ 253.85 | $ (33,190.15) | $ 253.85 | $ 253.85 | $ 253.85 | $ (33,190.15) | $ 253.85 | (1,070.28) |
| **Ending Bank Balance** | $ 10,253.85 | $ 10,507.69 | $ (22,682.46) | $ (22,428.62) | $ (22,174.77) | $ (21,920.92) | $ (55,111.08) | $ (54,857.23) | $ (54,603.38) | $ (54,349.54) | $ (87,539.69) | $ (87,285.85) | (88,356.13) |

**Sterilumen 13 Week Cash Flow Forecast**

| As of 5/17/24 Day End Estimate | Week 1 5/20/24-5/24/24 | Week 2 5/27/24-5/31/24 | Week 3 6/3/24-6/7/24 | Week 4 6/10/24-6/14/24 | Week 5 6/17/24-6/21/24 | Week 6 6/24/24-6/28/24 | Week 7 7/1/24-7/5/24 | Week 8 7/8/24-7/12/24 | Week 9 7/15/24-7/19/24 | Week 10 7/22/24-7/26/24 | Week 11 7/29/24-8/2/24 | Week 12 8/5/24-8/9/24 | Week 13 8/12/24-8/16/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Bank Balance(Including Availability) | $ 55,000.00 | $ 52,996.15 | $ 50,992.30 | $ 48,988.45 | $ 38,564.61 | $ 46,960.76 | $ 55,356.92 | $ 70,553.07 | $ 70,749.22 | $ 85,945.38 | $ 103,141.53 | $ 120,337.68 | $ 122,533.84 |
| **Income** | | | | | | | | | | | | | |
| Revenue/Sales | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 89,000.00 | $ 95,000.00 | $ 95,000.00 | $ 105,000.00 | $ 105,000.00 | $ 105,000.00 | $ 105,000.00 | $ 105,000.00 | $ 105,000.00 | $ 105,000.00 |
| Retained from Subs | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) | $ (3,000.00) |
| Miscellaneous | | | | | | | | | | | | | |
| Total Income | $ 72,000.00 | $ 72,000.00 | $ 72,000.00 | $ 86,000.00 | $ 92,000.00 | $ 92,000.00 | $ 102,000.00 | $ 102,000.00 | $ 102,000.00 | $ 102,000.00 | $ 102,000.00 | $ 102,000.00 | $ 102,000.00 |
| | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | |
| Rent | | | | $ 15,000.00 | | | | $ 15,000.00 | | | | $ 15,000.00 | |
| Utilities | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Insurance | | | | | | | | | | | | | |
| Vendors/Suppliers | $ 39,750.00 | $ 39,750.00 | $ 39,750.00 | $ 47,170.00 | $ 50,350.00 | $ 50,350.00 | $ 53,550.00 | $ 53,550.00 | $ 53,550.00 | $ 53,550.00 | $ 53,550.00 | $ 53,550.00 | $ 53,550.00 |
| Employee Payroll (Excluding Owners) | $ 25,936.77 | $ 25,936.77 | $ 25,936.77 | $ 25,936.77 | $ 24,936.77 | $ 24,936.77 | $ 24,936.77 | $ 24,936.77 | $ 24,936.77 | $ 22,936.77 | $ 22,936.77 | $ 22,936.77 | $ 22,936.77 |
| Officer Salary | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 | $ 5,317.08 |
| Bank Interest | | | | | | | | | | | | | |
| Office Supplies/Expenses | | | | | | | | | | | | | |
| Equipment Maintenance/Repair | | | | | | | | | | | | | |
| Vehicle Expenses (Gas, Maint, Toll) | | | | | | | | | | | | | |
| Vehicle Loan Payment | | | | | | | | | | | | | |
| Equipment Loan Payment | | | | | | | | | | | | | |
| Legal | | | | | | | | | | | | | |
| US Trustee Fees | | | | | | | | | | | | | $ 4,461.08 |
| Miscellenous | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Total Expenses | $ 74,003.85 | $ 74,003.85 | $ 74,003.85 | $ 96,423.85 | $ 83,603.85 | $ 83,603.85 | $ 86,803.85 | $ 101,803.85 | $ 86,803.85 | $ 84,803.85 | $ 84,803.85 | $ 99,803.85 | $ 89,264.93 |
| | | | | | | | | | | | | | |
| **Net Profit/Loss** | $ (2,003.85) | $ (2,003.85) | $ (2,003.85) | $ (10,423.85) | $ 8,396.15 | $ 8,396.15 | $ 15,196.15 | $ 196.15 | $ 15,196.15 | $ 17,196.15 | $ 17,196.15 | $ 2,196.15 | $ 12,735.07 |
| | | | | | | | | | | | | | |
| **Ending Bank Balance** | $ 52,996.15 | $ 50,992.30 | $ 48,988.45 | $ 38,564.61 | $ 46,960.76 | $ 55,356.92 | $ 70,553.07 | $ 70,749.22 | $ 85,945.38 | $ 103,141.53 | $ 120,337.68 | $ 122,533.84 | $ 135,268.91 |